No. 92–2045.  SMITH ET AL. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES; and CLAYBORN v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 8th Cir.

Certiorari denied.